# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT TORRES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 22-2283 |

## JUDGMENT ORDER

**AND NOW**, this 21st day of November, 2022, in accordance with the Opinion filed by the undersigned on this date, it is hereby ORDERED that Plaintiff's Request for Review is DENIED, and final judgment of this Court is ENTERED in favor of the Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE